UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rosemary Fritz<br>    Plaintiff<br><br>v.<br><br>TransAmerica Life Insurance<br>Company<br>    Defendant | Civil Action No.: |

## NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS, AND TO PLAINTIFF

    Please take note that the defendant, Transsamerica Life Insurance Company, hereby files its Notice of Removal pursuant to 28 U.S.C 1331 and 1332 et seq. and 28 U.S.C. 1441(b) to effect removal of this matter, which was commenced in The Superior Court Department for the Commonwealth of Massachusetts, Essex County, under civil action number ESCV02005-050970. The defendant states that removal is proper for the following reasons.

1.) On or about June 9, 2005 the plaintiff filed this action in The Essex Superior Court. Service of process was made on June 16, 2005 and thirty days since such service has not yet expired.

2.) A review of the Complaint indicates that the United States District Court has original jurisdiction over the subject matter on the basis of diversity of citizenship, 28 USC 1332.

3.) Original jurisdiction exists on the basis of diversity of citizenship and an amount in controversy which exceeds $75,000

a.) the plaintiff is an individual who resides in the Commonwealth of Massachusetts

b.) the defendant is a corporation organized in the state of Iowa and has its principal place of business in the State of Iowa. As well, the defendant is not a liability insurer for purposes of 28 USC 1332 (c)(1).

c.) The Plaintiff's Complaint alleges actual damages in an amount of $1,068,551.12

Accordingly, removal of this action is proper under 28 USC c. 1441 because this is a civil action brought in state court over which the Federal District Court would have original jurisdiction had the action been commenced in Federal Court.

4.) Attached as Exhibit A is a copy of all pleadings and process filed in this action in the Essex Superior Court, under civil action no.: ESCV2005-050970.

5.) A notice of Filing of this Notice of Removal is being filed with the Essex Superior Court and is being served on the Plaintiff.

6.) Pursuant to Local Rule 81.1(A) the petitioner shall request of the Essex Superior Court certified or attested copies of all records and proceedings in the Superior Court and certified and attested copies of all the docket entries therein, and shall file same with this court within thirty (30) days after the filing of this Notice of Removal.

Respectfully Submitted
The Defendant, Transamerica Life Insurance,
by its attorney,

_____
Thomas J. Delaney
BBO# 550141
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970
Dated: July 8, 2005            (978) 745-6200

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                              SUPERIOR COURT
                                                                        CIVIL ACTION
                                                                        No. 05-0970

............Rosemary Fritz......................................................, Plaintiff(s)

v.

............Transamerica Life Insurance Company........., Defendant(s)

## SUMMONS

To the above named Defendant: Transamerica Life Insurance Company

You are hereby summoned and required to serve upon __Chris Winton Henderson, Esq.__,
plaintiff's attorney, whose address is __57 Wharf St., Ste. 3A, Salem, MA 01970__ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

____Essex County____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the 9th
day of  June                , in the year of our Lord two thousand 2005

*Thomas H. Driscoll Jr.*
                                                                              Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on_____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated:                  , 20   .              _____

N.B.  TO PROCESS SERVER:-
      PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
      THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

                                    ┌──────────────────────────┐
                                    │                          │
                                    │                    , 20  .│
                                    │                          │
                                    └──────────────────────────┘

COMMONWEALTH OF MASSACHUSETTS
ESSEX, ss.
SUPERIOR COURT
CIVIL ACTION
No.

Plaintiff(s)
v.
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: ESSEX |
|---|---|---|

**PLAINTIFF(S)**
ROSEMARY FRITZ

**DEFENDANT(S)**
TRANSAMERICA LIFE INSURANCE CO.

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
CHRIS WINTON HENDERSON, ESQ.
52 WHARF ST SUITE 3A
SALEM, MA 01970
Board of Bar Overseers number: 978-741-4646

**ATTORNEY (if known)**

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO. **A99**  TYPE OF ACTION (specify) **ANNUITY BENEFICIARY**  TRACK **(F)**  IS THIS A JURY CASE? (X) Yes (  ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses .................................................. $
  2. Total Doctor expenses ................................................... $
  3. Total chiropractic expenses ............................................. $
  4. Total physical therapy expenses ......................................... $
  5. Total other expenses (describe) ......................................... $
                                                            Subtotal $
B. Documented lost wages and compensation to date ........................... $
C. Documented property damages to date ..................................... $
D. Reasonably anticipated future medical and hospital expenses .............. $
E. Reasonably anticipated lost wages ....................................... $
F. Other documented items of damages (describe)
                                                                     $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                                     $
                                                            TOTAL $

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): THE PLAINTIFF WAS NAMED AS THE SOLE BENEFICIARY ON A VARIABLE ANNUITY CONTRACT WITH A DATE OF DEATH VALUE OF $1,068,55_ BUT WHEN THE ANNUITANT/OWNER DIED, THE DEFENDANT PAID A PORTION OF SAID FUNDS TO A THIRD PARTY AND HAS FAILED TO RECOGNIZE THE PLAINTIFF ROSEMARY FRITZ AS THE DESIGNATED BENEFICIARY       TOTAL $ 1,100,000.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record [signature]          DATE: 06.09.0_

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss                                           SUPERIOR COURT
                                                    CIVIL ACTION NO.: 050970

ROSEMARY FRITZ,           )
    Plaintiff             )
                          )
        v.                )         COMPLAINT FOR
                          )         BREACH OF CONTRACT
TRANSAMERICA LIFE         )         AND NEGLIGENCE
INSURANCE COMPANY,        )
    Defendant             )

1. This is an action for Breach of Contract, Negligence, and Declaratory Judgment.

2. The Plaintiff, Rosemary Fritz, is an individual who resides in Salem, Massachusetts, in Essex County.

3. The Defendant, Transamerica Life Insurance Company, is an insurance company whose primary place of business is 4333 Edgewood Road, NE, Cedar Rapids, Iowa, and regularly conducts business within the Commonwealth of Massachusetts.

4. The Defendant, Transamerica Life Insurance Company has a local office located at 140 Gould Street in Needham, Massachusetts.

5. A variable annuity policy application was executed by Michael E. Fritz on March 23, 1992.

6. At the time that Michael E. Fritz signed the application, he named Rosemary Fritz as the sole beneficiary.

7. The Defendant, Transamerica Life Insurance Company, breached said contract by making payments to someone other than the Plaintiff, Rosemary Fritz, and by refusing to recognize Plaintiff, Rosemary Fritz, as the beneficiary of the variable annuity.

8. Michael E. Fritz died on February 22, 2002, and at that time, the decedent's policy #804676 had a full value of $1,068,551.12, with Plaintiff, Rosemary Fritz still listed as the sole beneficiary.

## COUNT I – BREACH OF CONTRACT

9. The Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1-7 above.

10. Defendant owed the Plaintiff a contractual duty as a third-party beneficiary.

11. The Defendant, Transamerica Life Insurance Company, breached its contractual duty to the Plaintiff, Rosemary Fritz, when it disbursed funds from said variable annuity to Rosemarie Fritz, as follows:

    1) $250,000.00 on April 4, 2002
    2) $100,000.00 on February 27, 2003
    3) $ 50,000.00 on June 20, 2003
    4) $ 50,000.00 on September 10, 2003

12. The Defendant, Transamerica Life Insurance, caused the Plaintiff, Rosemary Fritz, damage when it wrongfully failed to pay the Plaintiff the variable annuity funds owed.

## COUNT II – NEGLIGENCE

13. The Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1-10 above.

14. The Plaintiff, Rosemary Fritz, states that the Defendant was negligent when it disbursed funds for said variable annuity to someone other than the designated beneficiary.

15. The Plaintiff, Rosemary Fritz, states that the Defendant was negligent when it failed to adhere to proper procedure and standard protocol when it disbursed funds from said annuity, thus causing damages to the Plaintiff.

16. The Plaintiff, Rosemary Fritz, states that the Defendant continued to negligently make improper payments to a third party, other than the designated beneficiary on the annuity, even after the Defendant was notified in writing on behalf of the Plaintiff of the claim of Rosemary Fritz to the annuity as the designated beneficiary, causing injury and damage to the Plaintiff.

## COUNT II – DECLARATORY JUDGMENT

17. The Plaintiff, repeats, re-alleges, and incorporates by reference paragraphs 1-14 above.

18. The Defendant has failed to recognize the Plaintiff, Rosemary Fritz, as the designated beneficiary.

19. The Plaintiff, Rosemary Fritz, states that the Defendant, Transamerica Life Insurance Co., was negligent when it disbursed funds from said variable annuity to someone other than the Plaintiff, Rosemary Fritz, who is the designated beneficiary.

20. The Plaintiff, Rosemary Fritz, states that the remaining balance, although it has not been paid to anyone, is still also owed to the Plaintiff, Rosemary Fritz and the Defendant has

WHEREFORE, the Plaintiff, Rosemary Fritz, is entitled to a Declaratory Judgment as she is the rightful beneficiary of the variable annuity contract and demands that the Defendant, Transamerica Life Insurance Company, fulfill its contractual duty and make payment of all monies owed and due in accordance with said annuity, together with statutory interest thereon to the Plaintiff, Rosemary Fritz, as the designated beneficiary.

**THE PLAINTIFF REQUESTS A JURY TRIAL.**

Date: 06.09.05

Respectfully Submitted
Rosemary Fritz
By Her Attorneys

Chris Winton Henderson, Esq.
BBO #655321
57 Wharf Street, Suite 3A
Salem, MA 01970
(978) 741-4646

James R. Knudsen, Esq.
BBO #567358
200 Broadway, Suite 304
Lynnfield, MA 01940
(781) 599-4000

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

05CV11544RWZ

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Fritz, Rosemary

### DEFENDANTS
Transamerica Life Insurance Company

**(b)** County of Residence of First Listed Plaintiff   **Essex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Chris Winton Henderson
57 Wharf Street Suite 37
Salem, MA 01970  (978) 741-4648

Attorneys (If Known)
Thomas J. Delaney, Goddard, Scuteri & Delaney
27 Congress Street, Salem, MA 01970  (978)745-6200

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USL 1332
Brief description of cause:
Diversity

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 1,068,551.12
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE ____  DOCKET NUMBER ____

DATE  July 13, 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

05 CV 11544 RWZ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Rosemary Fritz v. Transamerica Life Insurance Company

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☒  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ☐  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A.  If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☒    Central Division ☐    Western Division ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Thomas J. Delaney
ADDRESS           27 Congress Street Suite 401, Salem, MA 01970
TELEPHONE NO.     (978) 745-6200

(CategoryForm.wpd - 5/2/05)