UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rosemary Fritz,<br>      Plaintiff<br><br>v.<br><br>Transamerica Life Insurance<br>Company<br>      Defendant | **05 CV 1 1 5 4 4 RWZ**<br><br>Civil Action No. |

**OBJECTION TO REMOVAL OF CIVIL ACTION TO UNITED STATES
DISTRICT COURT AND REQUEST FOR REMAND**

Now comes the Plaintiff Rosemary Fritz and states as follows in objection to the attempted removal by Defendant Transamerica Life Insurance Company of the above action to the United States District Court for the District of Massachusetts:

1. On June 9, 2005, the Plaintiff filed this action in Essex Superior Court.

2. Service of process on the Defendant was completed June 16, 2005.

3. Under the provisions of 28 USC §1446, the Defendant was required to file its Notice of Removal within 30 days of the above date of service of process on the Defendant. The 30-day period within which the cited statute requires the notice to be filed expired on July 18, 2005.

4. The Defendant purported to file its Notice of Removal in the United States District Court for the District of Massachusetts by mailing such notice to said court on July 8, 2005. However, on July 19, 2005, at approximately 10:00 a.m., according to the Clerk of the United States District Court for the District of Massachusetts, no filing fee was included, nor was a cover sheet or category form included with the Notice. Accordingly, at the close of business on July 18, 2005, the Notice of Removal had not been docketed and was not therefore properly filed within the 30-day period required.

WHEREFORE, the Plaintiff requests the following relief:

A. That the attempted removal of the within civil action to the United States District Court for the District of Massachusetts be denied with prejudice.

B. That the within case be remanded to the Essex Superior Court.

C. For such other relief as may be just and proper.

Date: July 19, 2005

Respectfully Submitted
Plaintiff Rosemary Fritz
By her Attorneys:

_____
Chris Winton Henderson
57 Wharf Street, Suite 3A
Salem, MA 01970
B. B. O. #655321
978.741.4646 office
978.741.4696 fax

James R. Knudsen
Wittenburg Knudsen
200 Broadway, Suite 304
Lynnfield, MA 01940
B. B. O. #567358
781.599.4000 office
781.581.2650 fax

CERTIFICATE OF SERVICE

I, Chris Winton Henderson, Esq. hereby certify that I have served a copy of the Plaintiff's Objection to Removal of Civil Action to United States District Court and Request for Remand upon counsel of record for the Defendant, Transamerica Life Insurance Company, at the following address:

Thomas J. Delaney, Esq.
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970

Date: July 19, 2005

_____
Chris Winton Henderson, Esq.