UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rosemary Fritz<br>    Plaintiff<br><br>v.<br><br>TransAmerica Life Insurance<br>Company<br>    Defendant | **NOTICE OF APPEARANCE** |

To The Clerk Of The Above Named Court:

Please enter my appearance as attorney for the Defendant, TransAmerica Life Insurance Company in the above entitled case.

> Respectfully Submitted
> The Defendant,
> TransAmerica Life Insurance Company,
> by its attorney,
>
> _____
> Thomas J. Delaney
> BBO# 550141
> Goddard, Scuteri & Delaney
> 27 Congress Street
> Salem, MA 01970
> (978) 745-6200

Dated: July 8, 2005