UNITED STATES DISTRICT COURT<br>
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rosemary Fritz<br>    Plaintiff<br><br>v.<br><br>Transamerica Life Insurance<br>Company<br>    Defendant | Civil Action No.: 05cv11544-RWZ |

**ANSWER OF THE DEFENDANT, TRANSAMERICA LIFE INSURANCE**

    Now comes the Defendant, Transamerica Life Insurance Company, and hereby answers the plaintiff's complaint as follows:

1. The Defendant admits that the plaintiff has pleaded an action sounding in Breach of Contract, Negligence and Declaratory Judgment, but denies that pleading an action in this manner is proper.

2. The defendant admits the allegations contained in this paragraph.

3. The defendant admits the allegations contained in this paragraph.

4. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

5. The defendant admits the allegations contained in this paragraph.

6. The defendant admits the allegations contained in this paragraph.

7. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

8. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

## COUNT I
## Breach of Contract

9. The defendant repeats and reaffirms its answers its answers to the preceding paragraphs as if set forth fully herein.

10. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

11. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

12. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

## COUNT II
## Negligence

13. The defendant repeats and reaffirms its answers its answers to the preceding paragraphs as if set forth fully herein.

14. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

15. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

16. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

## COUNT III
## Declaratory Judgment

17. The defendant repeats and reaffirms its answers its answers to the preceding paragraphs as if set forth fully herein.

18. The defendant admits the allegations contained in this paragraph.

19. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

20. The defendant denies the allegations contained in this paragraph of the plaintiff's complaint and calls upon the plaintiff to prove same.

### FIRST AFFIRMATIVE DEFENSE

The Defendant states that the plaintiff's complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Defendant states that the plaintiff's Complaint fails to comply with the Statute of Limitations.

### THIRD AFFIRMATIVE DEFENSE

The Defendant states that the actions plead by the plaintiff herein are already the subject of a civil suit now pending in the courts of the State of New Hampshire which civil suit is in the process of being transferred from the Hillsborough County Probate Court, Docket No.: 2004-781 to the Hillsborough County Superior Court.

WHEREFORE, the Defendant, Transamerica Life Insurance Company, hereby petitions this Honorable Court to dismiss the plaintiff's complaint and to award the defendant, costs, attorneys fees and any other relief that this Honorable Court deems just and appropriate.

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.

Respectfully Submitted
The Defendant,
TransAmerica Life Insurance Company,
by its attorney,

_____
Thomas J. Delaney
BBO# 550141
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970
(978) 745-6200

Dated: July 13, 2005