UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05CV11544

ROSEMARY FRITZ,
    PLAINTIFF

V.

TRANSAMERICA LIFE INSURANCE
COMPANY
    DEFENDANT

**DEFENDANT, TRANSAMERICA LIFE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S OBJECTION TO REMOVAL AND REQUEST FOR REMAND**

Now come the Defendant, Transamerica Life Insurance Company and hereby opposes the Plaintiff's Objection to Removal and Request for Remand. In support thereof, the Defendant relies upon its Memorandum of law and Affidavit of Thomas J. Delaney, Esq., which are attached hereto.

Respectfully Submitted
The Defendant,
Transamerica Life Insurance Company,
by its attorney,

_____
Thomas J. Delaney
BBO# 550141
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970
(978) 745-620

Dated: July 27, 2005