UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 02005-050970

ROSEMARY FRITZ,
    PLAINTIFF

V.

TRANSAMERICA LIFE INSURANCE
COMPANY
        DEFENDANT

## AFFIDAVIT OF THOMAS J. DELANEY, ESQ.

I, Thomas J. Delaney, Esq., under oath do depose and state:

1) I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts.

2) The docket of the Essex County Superior Court reflects, in part, the following entries:

> June 9, 2005 – Filing of Complaint
> June 16, 2005 – Service of process made upon the Defendant
> July 14, 2005- Notice of Removal docketed
> July 14, 2005- Order of Transferring Case to United States District Court

3) 28USC §1446 (a) provides, in part,

> A defendant… desiring to remove any civil action… from a state court shall file in the district court of the United States… a notice of removal.

2

4) 28 USC§1446 (b) provides, in part,

> The notice of removal shall... be filed within 30 days after the receipt by the Defendant, though service or otherwise, of a copy of the initial pleading...

5) Inasmuch as service of process was made on June 16, 2005 the Defendant had until July 18, 2005 to file a notice of removal with the United States District Court.

6) On July 8, 2005, 10 days prior to the expiration of the 30-day period, I drafted a notice of removal and forwarded it via first class mail to the United States District Court, the Essex Superior Court and Plaintiff's counsel.

7) I am informed that the Clerk's Office of the United States District Court documented that the notice of the removal was, in fact, received by the United States District Court and filed on July 11, 2005, 7 days prior to the expiration of the 30 day period.

8) I inadvertently failed to file a civil cover sheet and filing fee together with my notice of removal.

9) I am informed that my secretary received a telephone call from the Clerk's Office kindly advising that a civil cover sheet and a filing fee should be forwarded to the court. The civil action cover sheet and fee were forwarded. I am informed that the civil cover sheet and filing fee were received by the court on July 20, 2005.

Signed under the pains and penalties of perjury the ____ day of July, 2005.

_____
Thomas J. Delaney
BBO# 550141
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970
(978) 745-6200

## CERTIFICATE OF SERVICE

I, Thomas J. Delaney, Esq., attorney for the plaintiff, hereby certify that I have served a copy of foregoing by mailing same, postage prepaid, to:

Name of Document

1. Defendant, Transamerica Life Insurance Company's Opposition To Plaintiff's Objection to Removal and Request for Remand,
2. Affidavit of Thomas J. Delaney, Esq.
3. Defendant, Transamerica Life Insurance Company's Memorandum of Law in Opposition to Plaintiff's Objection to Removal and Request for Remand.

Names and Addresses of Attorney of Record

Chris Winton-Henderson, Esq.
57 Wharf Street
Salem, MA 01970

Date of Service

July 27, 2005

Signed under the pains and penalties of perjury this 27th day of July 2005.

THOMAS J. DELANEY