UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-11544-RWZ

| | |
|---|---|
| Rosemary Fritz,<br>    Plaintiff<br><br>v.<br><br>Transamerica Life Insurance Company,<br>    Defendant | **PROPOSED PRE-TRIAL SCHEDULE** |

NOW COME the parties and pursuant to Rule 16 (b) and 26 (f) hereby submit the following proposed pre-trial schedule.

1. **Proposed Joint Discovery Plan and Schedule:**

   | | |
   |---|---|
   | Sept. 26, 2005 | Deadline to make initial disclosure required by Rule 26(a)(1) and Local Rule 26.2(A). |
   | October 7, 2005 | Last day to produce records or other materials as part of automatic disclosures. |
   | October 31, 2005 | Last day to file motion to amend pleadings (or to file amended pleadings by stipulation) and to join additional parties. |
   | October 31, 2005 | Last day to serve interrogatories, requests for the production of documents and requests for admissions. |
   | March 22, 2006 | Deadline for completion of fact discovery including depositions of parties and non-expert witnesses. |
   | April 14, 2006 | Deadline for motions to compel fact discovery. |
   | May 19, 2006 | Deadline for plaintiff's identification of expert |

|  |  |
|---|---|
|  | witnesses and to file expert witness disclosures, pursuant to Rule 26(b)(4). |
| June 19, 2006 | Deadline for defendant's identification of expert witnesses and to file expert witness disclosures, pursuant to Rule 26(b)(4). |
| August 19, 2006 | Deadline for completion of expert witness depositions. |
| September 9, 2006 | Deadline for motions to compel (expert discovery). |
| September 29, 2006 | Deadline for filing summary judgment motions. |

2. **Limitations on Discovery**

   Each party shall be limited to the following discovery, unless additional discovery is subsequently permitted by the Court for good cause shown:

   - A maximum of 30 interrogatories;
   - A maximum of 30 request for admissions;
   - A maximum of three (3) separate sets of requests for production; and
   - A maximum of ten (10) depositions, excluding keeper of record depositions.

3. **Trial by Magistrate Judge**

   The parties do not at the present time agree to a trial by a Magistrate Judge.

4. **Certifications**

   The parties to this litigation are unable to meaningfully discuss settlement without the involvement of Rosemarie Fritz who has made claim to the benefit of this policy but has not been included as a party to this suit.

Respectfully Submitted
The Plaintiff
Rosemary Fritz,

by her attorneys,

_____
Chris Winton Henderson
BBO#655321
57 Wharf Street, Suite 3A
Salem, MA 01970
(978) 741-46496

The Defendant,
Transamerica Life Insurance
Company,

_____
Thomas J. Delaney, Esquire
BBO# 550141
Goddard, Scuteri, & Delaney
Salem, MA 01970
(978) 745-6200

_____
James R. Knudsen, Esquire
BBO# 567358
200 Broadway, Suite 304
Lynnfield, MA 01940


Dated: August 17, 2005

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROSEMARY FRITZ )
    *Plaintiff* )
)
v. )
) C.A. No.: 05 - 11544 - RWZ
Transamerica Life Insurance Co )
    *Defendant* )

### PLAINTIFF ROSEMARY FRITZ'S CERTIFICATION

The undersigned party and her counsel hereby affirm that they conferred:

a. regarding the conduct of the full course, and various alternative courses, for the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Rosemary Fritz

_____
Chris Winton Henderson, Esq.
BBO No. 655321
57 Wharf Street
Suite 3A
Salem, MA 01970
978.741.4646

## **CERTIFICATION**

Darin D. Smith, authorized representative of the Defendant, Transamerica Life Insurance Company, and its counsel, Thomas J. Delaney, Esq., hereby certify that they have conferred.

    a)     with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

    b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Subscribed to and sworn to under the pains and penalties of perjury this 17th day of August 2005.

_____       _____
Darin D. Smith      Thomas J. Delaney, Esquire