UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-11544-RWZ

| | |
|---|---|
| Rosemary Fritz,<br>　　Plaintiff<br><br>v.<br><br>Transamerica Life Insurance Company,<br>　　Defendants | **AGENDA FOR SCHEDULING<br>CONFERENCE** |

NOW COME the parties and jointly petition this Honorable Court to address the following matters at the scheduling conference.

1) Plaintiff's Objection to Removal from state court to federal court.

2) The Defendant seeks to bring a matter of potential consolidation to the court's attention. The matter is not ripe for hearing or decision.

3) Scheduling

Respectfully Submitted
The Plaintiff
Rosemary Fritz,

by her attorneys,

_Chris Winton Henderson_
BBO# 655321
57 Wharf Street, Suite 3A
Salem, MA 01970
(978) 741-46496

The Defendant,
Transamerica Life Insurance Company,

_Thomas J. Delaney, Esquire_
BBO# 550141
Goddard, Scuteri, & Delaney
Salem, MA 01970
(978) 745-6200

_James R. Knudsen, Esquire_
BBO# 567358
200 Broadway, Suite 304
Lynnfield, MA 01940

Dated: August 17, 2005

## CERTIFICATE OF SERVICE

I, Thomas J. Delaney, Esquire, attorney for the plaintiff, hereby certify that I have served a copy of foregoing by mailing same, postage prepaid, to:

### Name of Document

1. Agenda for Scheduling Conference,

2. Proposed Pre-Trial Schedule.

### Names and Addresses of Attorneys of Record

Chris Winton Henderson, Esq.  
57 Wharf Street, Suite 3A  
Salem, MA 01970

James R. Knudsen, Esq.  
200 Broadway, Suite 304  
Lynnfield, MA 01940

### Date of Service

August 17, 2005

Signed under the pains and penalties of perjury this 17th day of August 2005.

_____  
Thomas J. Delaney, Esq.  
Goddard, Scuteri, & Delaney  
27 Congress Street, Suite 401  
Salem, MA 01970