UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY FRITZ,<br>   Plaintiff<br><br>v.<br><br>TRANSAMERICA LIFE INS. CO.,<br>   Defendant | C.A. NO. 05 – CV – 11544 - RWZ |

### PLAINTIFF ROSEMARY FRITZ'S MOTION FOR JOINDER OF ROSEMARIE FRITZ AS A DEFENDANT AND PLAINTIFF ROSEMARY FRITZ'S MEMORANDUM OF LAW

NOW COMES the Plaintiff, Rosemary Fritz, by and through her counsel, Chris Winton Henderson, and James R. Knudsen, and moves that this Honorable Court order Rosemarie Fritz to be joined as a Defendant. Rosemarie Fritz is subject to service of process and said joinder will not deprive the court of jurisdiction over the subject matter of the action. Rosemarie Fritz claims an interest relating to the subject of the action and is so situated that a disposition of the action in Rosemarie Fritz's absence may impair or impede her interests and/or subject the Plaintiff, Rosemary Fritz, and/or the Defendant, Transamerica Life Insurance Company, to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of Rosemarie Fritz's claimed interest.

WHEREFORE, the Plaintiff, Rosemary Fritz, prays that this Honorable Court grant her Motion for Joinder of Rosemarie Fritz as a Defendant in

accordance with Rule 19 and permit the Plaintiff to amend her complaint to reflect Rosemarie Fritz as a party once joined and allow proper service of process to be made.

Respectfully submitted,
Rosemary Fritz
Through her Counsel

Date: September 1, 2005

James R. Knudsen, Esq.
Wittenberg Knudsen
200 Broadway, Suite 304
Lynnfield, MA 01940
B.B.O. # 567358
781.599.4000 office
781.581.2650 fax

Chris Winton Henderson, Esq.
57 Wharf Street, Suite 3A
Salem, MA 01970
B.B.O. # 655321
978.741.4646 office
978.741.4696 fax