UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY FRITZ,         )<br>      Plaintiff          )<br>                              )<br>v.                             )<br>                              )<br>TRANSAMERICA LIFE INS. CO., )<br>      Defendant      )  | C.A. NO. 05 – CV – 11544 - RWZ |

### PLAINTIFF ROSEMARY FRITZ'S MOTION DEMANDING A TRIAL BY JURY

NOW COMES the Plaintiff, Rosemary Fritz, by and through her counsel, Chris Winton Henderson, and James R. Knudsen, and demands a trial by jury with respect to the above pending matter, as specified in the original complaint filed in Essex Superior Court on June 9, 2005, Docket Number 2005 – 050970, which, by removal, is now pending in this Honorable Court.

                                                               Respectfully submitted,
                                                               Rosemary Fritz
                                                               Through her Counsel

Date: September 01, 2005

                                                               /s/ Chris Winton Henderson

| | |
|---|---|
| James R. Knudsen, Esq.<br>Wittenberg Knudsen<br>200 Broadway, Suite 304<br>Lynnfield, MA 01940<br>B.B.O.# 567358<br>781.599.4000 office<br>781.581.2650 fax | Chris Winton Henderson, Esq.<br>57 Wharf Street, Suite 3A<br>Salem, MA 01970<br>B.B.O.# 655321<br>978.741.4646 office<br>978.741.4696 fax |

## CERTIFICATE OF SERVICE

I, Chris Winton Henderson, Esq., hereby certify that on this date, September 01, 2005, I have served a copy of the Plaintiff's Motion and Certification by first class mail, postage pre-paid, upon the counsel of record for the Defendant, Transamerica Life Insurance Company, at the following address:

Thomas J. Delaney, Esq.
GODDARD, SCUTERI & DELANEY
27 Congress Street
Salem, MA  01970

James R. Knudsen, Esq.
Wittenberg Knudsen
200 Broadway, Suite 304
Lynnfield, MA 01940

### Name of Documents

1. Plaintiff Rosemary Fritz's Motion Demanding a Trial by Jury
2. Plaintiff's Certification of Service

### Date of Service

September 01, 2005

Signed under the pains and penalties of perjury this 1st day of September, 2005.

Chris Winton Henderson, Esq.