UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROSEMARY FRITZ, et. al.** )<br>    **Plaintiff** )<br> )<br>    v. )<br> )<br>**TRANSAMERICA LIFE INSURANCE** )<br>**COMPANY** )<br>    **Defendant** ) | Civil Action No. 05-CV-11544-RWZ |

## NOTICE OF APPEARANCE

To the Clerk of the above-referenced court:

    Please enter my appearance on behalf of Rosemary Fritz in the above-captioned matter.

                                                      Respectfully submitted,
                                                    Rosemary Fritz,
                                                    By her attorney,

                                                    /s/ James R. Knudsen
                                                    James R. Knudsen, Esq.
                                                    BBO No. 567358
                                                    Whittenberg Knudsen, LLP
                                                    200 Broadway, Suite 304
                                                    Lynnfield, MA 01940
                                                    (781) 599-4000