COPY FOR RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Risemary Fritz, Plaintiff

V.

Transamerica Life Insurance Company
and
Rosemarie Fritz, Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05cv11544 RWZ**

TO: (Name and address of Defendant)

> Rosemarie Fritz
> 162 Amherst St., PO Box 585
> Amherst, NH 03031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> James R. Knudsen, Esq.
> Whittenberg Knudsen LLP
> 200 Broadway, Suite 204
> Lynnfield, MA 01940

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



NOV 2 0 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS                                                    12/07/2005


    I, DEPUTY SHERIFF JOANNE M FIERO, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 12/07/2005, I MADE SERVICE OF THE AFFIDAVIT (OUT OF STATE) UPON THE WITHIN NAMED DEFENDANT BY GIVING IN HAND TO ROSEMARIE FRITZ BEING AT 162 AMHERST ST #585., AMHERST, NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 08:52 AM.


                                                                   _____
                                                                   DEPUTY SHERIFF JOANNE M FIERO



STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS


    SUBSCRIBED AND SWORN TO, BEFORE ME, ON 12/07/2005.


                                                                   _____
                                                                   NOTARY PUBLIC
                                                                   COMM. EXP. 5/18/10