UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV1154RZW

ROSEMARY FRITZ,
Plaintiff/Defendant in Counterclaim/Cross-Claim

v.

TRANSAMERICA LIFE INSURANCE COMPANY,
Defendant,
ROSEMARIE FRITZ
Defendant/Plaintiff in Counterclaim/Cross-Claim

## NOTICE OF APPEARANCE

To the Clerk of the above-referenced court:

Please enter my appearance on behalf of Rosemarie L. Fritz in the above-captioned matter.

Defendant Rosemarie L. Fritz
By her attorney,

Thomas A. Pursley
BBO # 553241
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, Thomas A. Pursley, attorney for the Defendant Rosemarie L. Fritz, hereby certify that on the 29th day of December, 2005, a true copy of the foregoing Notice of Appearance was served by mail, postage prepaid, directed to:

Chris Winton-Henderson, Esq.  
57 Wharf Street  
Salem, MA 01970

James R. Knudsen, Esq.  
200 Broadway, Suite 304  
Lynnfield, MA 01940

Thomas J. Delaney, Esq.  
Goddard, Scuteri & Delaney  
27 Congress Street  
Salem, MA 01970

_____  
Thomas A. Pursley