+UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO:  05-CV-11544-RWZ

ROSEMARY FRITZ,
        Plaintiff/Defendant-in-Counterclaim/Cross-Claim

v.

TRANSAMERICA LIFE INSURANCE COMPANY,
        Defendants,

ROSEMARIE FRITZ,
        Defendant/Plaintiff in Counterclaim/Cross-Claim.

**DEFENDANT ROSEMARIE L. FRITZ'S**
**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves as counsel for defendant Rosemarie L. Fritz to grant permission for John J. Cronin, III, 388 Greenfield Road, Bennington, New Hampshire 03442, to appear pro hac vice on her behalf in this matter, and to permit him to participate in all matters, including any oral proceedings and trial in this action, which arise during the representation of Rosemarie L. Fritz  As grounds for this motion, Rosemarie L. Fritz states that:

1.  This action arises in connection with a dispute over death benefits under an annuity account.

2.  Defendant Rosemarie L. Fritz, a resident of Amherst, New Hampshire, is the mother of Michael E. Fritz, the purchaser of the annuity, who died on February 22, 2002.

3.  The plaintiff, Rosemary T. Fritz, is the stepmother of Michael E. Fritz. Rosemary T. Fritz has brought this action against Transamerica Life Insurance Company and Rosemarie L. Fritz, alleging that Transamercia Life Insurance Company wrongfully made payments under the annuity to Rosemarie L. Fritz.

4.  Mr. Cronin is an attorney with a long standing attorney-client relationship with Rosemarie L. Fritz and was specifically retained for purposes of representing Rosemarie L. Fritz in this lawsuit, including an action concerning the same subject matter previously filed in New Hampshire.

5.  Mr. Cronin has acquired specialized knowledge and expertise regarding the issues that are likely to arise in this case, which will benefit Rosemarie L. Fritz in the defense of this action.

6.  Mr. Cronin is a member in good standing of the bar of the State of New Hampshire, the Commonwealth of Massachusetts and in every court in which he is admitted.  (See Affidavit of John J. Cronin, III, Esquire, attached hereto as Exhibit A.)

7.  A proposed Order is attached as Exhibit B.

WHEREFORE, Defendant Rosemarie L. Fritz requests that this Court admit John J. Cronin, III, pro hac vice, pursuant to Local Rule 83.5.3(b).

Defendant Rosemarie L. Fritz
By her attorney,

_/s/ Thomas A. Pursley____
Thomas A. Pursley
BBO # 553241
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

CERTIFICATE OF SERVICE

I, Thomas A. Pursley, attorney for the Defendant Rosemarie L. Fritz, hereby certify that on the 11th day of January, 2006, a true copy of the foregoing Defendant Rosemarie L. Fritz's Motion for Admission Pro Hac Vice, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:
:

Chris Winton-Henderson, Esq.                James R. Knudsen, Esq.
57 Wharf Street                             200 Broadway, Suite 304
Salem, MA 01970                             Lynnfield, MA 01940

Thomas J. Delaney, Esq.
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970

/s/ Thomas A. Pursley_____
Thomas A. Pursley

3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C. A. NO:05-CV-11544-RWZ

ROSEMARY FRITZ,

Plaintiff / Defendant in Counterclaim/
Cross-Claim

v.

TRANSAMERICA LIFE INSURANCE
COMPANY,

Defendant,

ROSEMARIE FRITZ

Defendant/Plaintiff in Counterclaim/
Cross-Claim

## AFFIDAVIT

I, John J. Cronin, III, state as follows under oath:

1. That I am a member of the bar of the State of New Hampshire, the United States District Court for the District of New Hampshire, the First Circuit Court of Appeals and the bar of the Commonwealth of Massachusetts and I am in good standing in every jurisdiction where I have been admitted to practice;

2. That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

2

4.    That my application for leave to practice in this Court is on Motion of a member of the bar of this Court who has also filed an appearance; and

5.    That the State of New Hampshire grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

John J. Cronin, III

SWORN TO AND SUBSCRIBED BEFORE ME on this the 30 th day of December, 2005.

Notary Public
My Commission expires: 07/21/08

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV1154RZW

ROSEMARY FRITZ,
Plaintiff/Defendant in Counterclaim/Cross-
Claim

v.

TRANSAMERICA LIFE INSURANCE
COMPANY,
Defendant,
ROSEMARIE  FRITZ
Defendant/Plaintiff in Counterclaim/Cross-
Claim

## **ORDER**

THIS MATTER having come before the Court on Defendant Rosemarie L. Fritz's

motion for admission pursuant to Rule 83.5.3(b) of the Local Rules of the United States District

Court for the District of Massachusetts of Attorney John J. Cronin, III, Esquire of the law firm of

John J. Cronin, III, PC, and after consideration of the moving papers and any opposition thereto,

IT IS this _____ day of _____, 200___.

ORDERED that John J. Cronin, III, Esquire is permitted to participate in this matter pro

hac vice for all purposes including trial, on behalf of Defendant Rosemarie L. Fritz.

By the Court:

_____

Dated: _____