UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-CV-11544-RWZ

```
*****************************************
ROSEMARY FRITZ                              *
Plaintiff /Defendant-in-Counterclaim/Cross- *
Claim                                       *
                                            *
v.                                          *
                                            *
TRANSAMERICA LIFE INSURANCE                 *
COMPANY,                                    *
Defendant,                                  *
                                            *
ROSEMARIE FRITZ                             *
Defendant/Plaintiff-in-Counterclaim/ Cross  *
Claim                                       *
*****************************************
```

ANSWER TO DEFENDANT ROSEMARIE FRITZ'S
COUNTERCLAIM/CROSS-CLAIM

Now comes the Plaintiff/Defendant-in-Counterclaim/Cross-Claim, Rosemary Fritz, and answers Defendant Rosemarie Fritz's Counterclaim/Cross-Claim as follows:

**PARTIES**

1. Admitted.

2. Admitted.

3. Admitted.

**FACTS**

4. Admitted that the annuity application was signed in Amherst New Hampshire and further state that the annuity was issued by Fidelity Investments, out of the Boston, Massachusetts, office of Fidelity and coordinated by an employee of that office, who traveled to New Hampshire to accommodate the wheel-chair bound Michael Fritz.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. The Defendant-in-Counterclaim lacks sufficient information to admit or deny the allegation contained in paragraph 9 of the Cross-Claim/Counterclaim that the middle initial is L and not T, but admit that the word "Mom" appears in the box entitled "Relationship to Beneficiary" and admit the remaining allegations.

10. The Defendant-in-Counterclaim lacks sufficient information to admit or deny the allegations contained in paragraph 10 of the Cross-Claim/Counterclaim.

11. Denied.

12. Denied.

13. Denied.

## COUNT I

14. The Defendant-in-Counterclaim repeats and reaffirms her answers to the preceding paragraphs of this counterclaim as if fully set forth herein.

15. Denied.

## AFFIRMATIVE DEFENSE

The CrossClaim/Counterclaim fails to state a claim upon which relief may be granted.

THE DEFENDANT-IN-COUNTERCLAIM DEMANDS A JURY TRIAL

                Plaintiff/Defendant-in-Counterclaim/Cross-Claim
                Rosemary Fritz,
                By her attorney,

                /s/ James R. Knudsen
                James R. Knudsen
                BBO# 567358
                WHITTENBERG KNUDSEN, LLP
                200 Broadway, Suite 304
                Lynnfield, MA 01940
                (781)599-4000

**CERTIFICATE OF SERVCIE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

                                                                  /s/James R. Knudsen
                                                                     James R. Knudsen