UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-CV-11544-RWZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROSEMARY FRITZ                             \*
Plaintiff /Defendant-in-Counterclaim       \*
                                           \*
v.                                         \*
                                           \*
TRANSAMERICA LIFE INSURANCE                \*
COMPANY,                                   \*
Defendant, Plaintiff-in-Counterclaim/Cross- \*
                                           \*
ROSEMARIE FRITZ                            \*
Defendant/Plaintiff-in-Counterclaim/ Cross \*
Claim                                      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ASSENTED TO MOTION TO CONTINUE FURTHER CONFERENCE AND FOR SHORT ORDER OF NOTICE

NOW COMES the Plaintiff, Rosemary Fritz, and, with the assent of Defendants Transamerica and Rosemarie Fritz through their attorneys Thomas J. Delaney, Esq. and Thomas A. Pursley, Esq. respectively, requests that the conference currently scheduled for Thursday, February 02, 2006 be continued, with short order of notice, to another date due to scheduling conflicts, and, per the request of the court, offers alternative afternoon dates as follows:

- Thurs-  February 09, 2006
- Tues -  February 14, 2006

WHEREFORE, the Plaintiff, Rosemary Fritz, with the assent of the Defendants requests that the Further Conference be continued to one of the alternate dates listed above, or to a date that is convenient for the Court.

                                                Respectfully submitted
Rosemary Fritz,
By her attorney,

/s/ James R. Knudsen
James R. Knudsen
BBO# 567358
WHITTENBERG KNUDSEN, LLP
200 Broadway, Suite 304
Lynnfield, MA 01940
(781)599-4000

/s/ Chris Winton Henderson
Chris Winton Henderson, Esq.
57 Wharf Street Suite 3A
Salem, MA 01970
BBO#: 655321

Assented to on behalf of Transamerica:

/s/ Thomas J. Delaney
Thomas J. Delaney, Esq.
GODDARD, SCUTERI & DELANEY
27 Congress Street
Salem, MA 01970
BBO#: 550141

Assented to on behalf of Rosemarie Fritz:

/s/ Thomas A. Pursley
Thomas A. Pursley, Esq.
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
BBO#: 553241

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 30, 2006.

                                                        /s/James R. Knudsen
                                                        James R. Knudsen