UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C. A. NO:05-CV-11544-RWZ

ROSEMARY FRITZ,

Plaintiff / Defendant-in-Counterclaim

v.

TRANSAMERICA LIFE INSURANCE COMPANY,

Defendant, Plaintiff-in-Counterclaim,

ROSEMARIE FRITZ

Defendant/Plaintiff-in-Counterclaim

## DEFENDANT, TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION TO DISMISS FOR LACK Of VENUE

Now come the Defendant, Transamerica Life Insurance Company and hereby petitions this Honorable Court, pursuant to 28 U.S.C. 1391, to dismiss this action for lack of venue.

In support thereof, the Defendant states that this is an action wherein jurisdiction is founded only on diversity of citizenship. For purposes of venue, the Plaintiff, Rosemary Fritz, is a resident of the Commonwealth of Massachusetts, the Defendant, Rosemarie Fritz, is a resident of the State of New Hampshire and The Defendant, Transamerica Life Insurance Company is deemed for venue purposes, to be a resident of either the

2

Commonwealth of Massachusetts or the State of New Hampshire.

Venue in the United States District Court would be proper only if

1.) all defendants resided within this judicial district ( They do not.)

2.) a substantial part of the events giving rise to the claim occurred in this judicial district. (They did not.)    or

3.) There is no district in which the action may otherwise be bought (The action can be brought in the United States District Court for the District of New Hampshire where all defendants reside and where the events occurred)

The Defendant has attached hereto and incorporates by reference a

Memorandum of Law.

WHEREFORE, the Defendant, Transamerica Life Insurance Company hereby petitions this Honorable Court to dismiss the Plaintiff's Complaint for Lack of Venue.

                                      Respectfully submitted,
                                      Transamerica Life Insurance Company
                                      By and through its attorney,

_____
Thomas J. Delaney
BBO#550141
Goddard, Scuteri, & Delaney
27 Congress Street, Suite 401
Salem, MA 01970
Dated: February 15, 2006            (978) 745-6200